IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JERRY D. BODIFORD, | : | |
| Plaintiff, | : | CASE NO.: 1:12-CV-109 (WLS) |
| v. | : | |
| MICHAEL J. ASTURE,<br>Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed December 20, 2012. (Doc. 13). It is recommended that Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. 11) be granted. (Doc. 13 at 2-3). No objections were filed within the fourteen-day period provided pursuant to 28 U.S.C. § 636(b)(1). The objection period expired on January 3, 2013. (*See* Doc. 13 at 3; Docket).

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 13) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Commissioner's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (Doc. 11) is **GRANTED**. It is hereby **ORDERED AND ADJUDGED** that Plaintiff shall taking nothing by his Complaint (Doc. 1), and **JUDGMENT** shall be entered in favor of Defendant.

**SO ORDERED**, this   29th   day of January, 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**